## William A. Murten, Appellee, v. Chicago City Railway Company, Appellant.

### Gen. No. 21,847.   (Not to be reported in full.)

Appeal from the Circuit Court of Cook county; the Hon. BENJA-MIN W. POPE, Judge, presiding. Heard in this court at the October term, 1915. Reversed with finding of fact. Opinion filed February 14, 1916.

### Statement of the Case.

Action by William A. Murten, plaintiff, against Chicago City Railway Company, defendant, to recover for injuries received in alighting from defendant's car. From a judgment for plaintiff for $1,600, defendant appeals.

The evidence showed that plaintiff was riding on a southbound Indiana avenue car. His daughter, about fifteen years old, was with him. He was carrying quite a load of provisions of one kind and another in different parcels. He testified that as the car neared 29th street the conductor called out the number of the street; that plaintiff and his daughter went to the rear door; that the car came to a complete standstill about two car lengths north of 29th street, and that as he stepped down, still having one foot on the car step, the car suddenly started, throwing him down. His testimony is corroborated in certain respects by his daughter. It is not disputed that the accident happened some distance north of the usual stopping place of the car.

The story of plaintiff and his daughter was contradicted by at least seven witnesses, most of them passengers. These witnesses substantially agreed that when the car was one hundred or more feet north of 29th street plaintiff walked to the rear of the car, followed by his daughter; that the car was then in motion, going six or seven miles per hour, slowing down;

that the conductor warned plaintiff not to alight until the car had stopped, but plaintiff proceeded, with his arm full of bundles, to step off, and as soon as he landed on the street pavement seemed to lose his balance and fell; that the daughter started to follow but was stopped by the conductor, who barred her way with his arm, and she waited until the car stopped, and then alighted and walked back fifty feet to where plaintiff was.

JAMES TODD and WATSON J. FERRY, for appellants; W. W. GURLEY and J. R. GUILLIAMS, of counsel.

GEORGE F. HAGEMEYER, for appellee; ZIMMERMAN & GARRETT, of counsel.

MR. PRESIDING JUSTICE McSURELY delivered the opinion of the court.

### Abstract of the Decision.

CARRIERS, § 437*—*when evidence sufficient to show contributory negligence of alighting passenger.* In an action by a passenger against a street railway company to recover for injuries received while alighting, evidence examined and *held* to show that the injury was due to plaintiff's contributory negligence.

---

Wesley Shimeall, Appellee, v. Ernst E. Lehmann, Appellant.

Gen. No. 21,887.    (Not to be reported in full.)

Appeal from the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in this court at the October term, 1915. Reversed and remanded. Opinion filed February 14, 1916.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.